STEVEN W. PITE (CA SBN 157537)
JOHN D. DUNCAN (CA SBN 179560)
CASPER J. RANKIN (CA SBN 249196)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117
Telephone: (619) 590-1300
Facsimile: (619) 590-1385

Attorneys for WELLS FARGO HOME MORTGAGE, INC., its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>WILLIAM JOSEPH REYES AND LISA ANNE REYES,<br><br>Debtor(s). | Case No. 09-40099-LJT<br><br>Chapter 13<br><br>WELLS FARGO HOME MORTGAGE, INC.'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for WELLS FARGO HOME MORTGAGE, INC., its successors and/or assigns, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Casper J. Rankin
PITE DUNCAN, LLP
4375 Jutland Drive
Suite 200
San Diego, CA 92117

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    c.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: January 14, 2009        PITE DUNCAN, LLP

        /s/ Casper J. Rankin (CA SBN 249196)
        Attorneys for WELLS FARGO HOME MORTGAGE, INC., its successors and/or assigns

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on January 14, 2009.

Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

William Joseph Reyes
Lisa Anne Reyes
2423 Balboa Way
Discovery Bay, CA 94505

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

U.S. Trustee
Department of Justice
Office of the U.S. Trustee
1301 Clay St., #690N
Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 14, 2009, at San Diego, California.

/s/ Taryn S. Lavin