Loan No. XXXXXX1910

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
--------------------------------------------------X           Chapter 13
IN RE:                                                         Case # 09-40099

Lisa Ann Reyes; WILLIE J REYES;

    Debtor(s)                                  **REQUEST FOR NOTICE**
--------------------------------------------------X

SIR:

**PLEASE TAKE NOTICE** that Bosco Credit, LLC hereby appears in the above action, and demands that all papers in the case be served on Bosco Credit, LLC at the address stated below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: February 25, 2009
      Plainview, New York

          /S/ Andrew Goldberg
          Authorized agent for Franklin Credit Management Corporation as servicing agent for Bosco Credit LLC
          c/o Rosicki, Rosicki & Associates, P.C.
          Nationwide Default Services
          Main Office: 51 E. Bethpage Road
          Plainview, New York 11803
          Phone: 516-741-2585
          Fax: 516-873-7244
          Email: bkmail@rosicki.com

TO:

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612


Martha G. Bronitsky, Esq.
P.O. Box 5004
Hayward, CA 94540

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------------X          Chapter 13
IN RE:                                                       Case # 09-40099

   Lisa Ann Reyes; WILLIE J REYES;

      Debtor(s)                                      **AFFIDAVIT OF SERVICE**
-------------------------------------------------X

STATE OF NEW YORK)
        ss:
COUNTY OF NASSAU )

   Lisa Singer, being duly sworn, deposes and says:

   I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

On February 25, 2009 I served the Request for Notice and demand for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

Martha G. Bronitsky, Esq.
P.O. Box 5004
Hayward, CA 94540

                /s/ Lisa Singer
                Lisa Singer

Sworn to before me this
February 25, 2009
/s/ Betsy P. Tarr
NOTARY PUBLIC                 BETSY P. TARR
                                   NOTARY PUBLIC, State of New York
                                   No. 01TA6000083
                                   Qualified in Nassau County
                                   Commission Expires December 8, 2009

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
---------------------------------------------------x
IN RE:

Lisa Ann Reyes; WILLIE J REYES;
          Debtor(s)


--------------------------------------------------x




**REQUEST FOR NOTICE**




ROSICKI, ROSICKI & ASSOCIATES, P.C.
Nationwide Default Services
Main Office: 51 E. Bethpage Road
Plainview, New York 11803