```
 1 │ PATRICK L. FORTE, #80050
   │ CORRINE BIELEJESKI, #244599
 2 │ LAW OFFICES OF PATRICK L. FORTE
   │ One Kaiser Plaza, #480
 3 │ Oakland, CA 94612
   │ Telephone: (510) 465-3328
 4 │ Facsimile: (510) 763-8354
 5 │ Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-40099 LT |
| **WILLIAM JOSEPH REYES and LISA ANNE REYES,** | Chapter 13 |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF DEADLINE TO REQUEST A HEARING** |
| _____/ | |

The above-named Debtors apply to the court for an order modifying their chapter 13 plan as follows:

For the month of July 2009, Debtors shall pay the sum of $200.00. Commencing August 2009, Debtors shall pay the sum of $650.00 per month. Debtors surrender their residence to Wells Fargo Home Mortgage, Bosco Credit, Franklin Credit, and the Contra Costa County Tax Collector. Any plan arrearages shall be forgiven. Unsecured, nonpriority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtors' vehicle needed to be repaired. In addition, Mrs. Reyes was able to find a job, but it pays less than Debtors originally projected.

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the undersigned within twenty (20) days of mailing of this notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

DATED: August 3, 2009  /s/ Corrine Bielejeski
Corrine Bielejeski
Attorney for Debtors