PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                    **Case No. 09-40099 RLE**

**WILLIAM JOSEPH REYES and**          **Chapter 13**
**LISA ANNE REYES,**
                    **Debtors.**          **MOTION TO MODIFY CHAPTER 13 PLAN**

_____/

     The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

     Debtors' October & November 2011 plan payments shall be suspended. Commencing December 2011, debtors will pay $586.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

     The modification is sought on the following grounds: Debtors have lost their jobs, but expect to find employment soon.

Dated: October 12, 2011

                              _/s/ Patrick L. Forte_____
                              Patrick L. Forte
                              Attorney for Debtors